HOBART S. ATKINSON, as Receiver, etc., Respondent, *v.* THE ROCHESTER PRINTING COMPANY, Appellant.

It is not a sufficient reason for moving a case from the Court of Appeals, Second Division, into this court, that one or even two of the judges of that court are disqualified from sitting upon the argument.*

(Argued March 5, 1889; decided March 12, 1889.)

MOTION to transfer cause back from the Court of Appeals, Second Division, on the ground that one of the judges of that court was a member of the General Term from whose judgment the appeal was brought, and so was disqualified to sit.

The following is the *mem.* of decision :

" It is not a sufficient reason for moving a case from the Court of Appeals, Second Division, into this court, that one or even two of the judges of that court are disqualified from sitting upon the argument of the case there.

" This motion should, therefore, be denied."

*J. & J. Van Voorhis* for motion.

*Smith & Briggs* opposed.

*Per Curiam mem.* for denial of motion.

All concur.
Motion denied.

---

* This case is, by direction of the court, entered here out of its order that the profession may be speedily advised of the rule laid down.— [REP.